IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:04-00163-001

ADRIAN HAMPTON

## **MEMORANDUM OPINION AND ORDER**

By letter provided to his probation officer and forwarded to the undersigned, defendant requested early release from his term of supervised release. The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office. Having done so, the court does not believe that defendant is an appropriate candidate for early termination of supervised release and **DENIES** defendant's request.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record,, and the Probation Office of this court.

**IT IS SO ORDERED** this 24th day of January, 2018.

                                         ENTER:

                                         David A. Faber
                                         Senior United States District Judge